ANNA RATTI v. STEPHEN MESKO and Others.— Motion granted. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

In the Matter of JAMES A. DONNELLY and WILLIAM S. EVANS, Justices of the City Court, County of Bronx, and ADOLF H. LANDLEY.— Motion denied. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

MARCUS BROWN CONSTRUCTION CO., INC., Respondent, v. ROSEL HOLDING CORPORATION and Others, Defendants, Impleaded with PUBLIC NATIONAL BANK AND TRUST COMPANY OF NEW YORK, Appellant. EDWARD J. CHAPMAN, Receiver, Respondent.— Order so far as appealed from affirmed, with ten dollars costs and disbursements to the plaintiff, respondent. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. MORRIS GOLDSMITH, Appellant.— Judgment affirmed. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Sherman, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. LOUIS KRAUS, Appellant.— Judgment affirmed. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Sherman, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. HERMAN HIRSHKOVITZ, Appellant.— Judgment affirmed. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Sherman, JJ.; Sherman, J., dissents.

SMITH MOTOR CAR CORPORATION, Respondent, v. IRA HAUPT and Others, Appellants.— Judgment and orders affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.; Finch and Sherman, JJ., dissent as to the first defense.

FRANK L. GERLACH and RENE W. MAYER, Copartners, etc., Respondents, v. MORTGAGE CLEARING CORPORATION OF NEW YORK and Another, Appellants. — Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

VINCENT GIORDANO, Respondent, v. LOUIS GOLD and Another, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

SAMUEL STEINBERG, Respondent, v. MALCOLM S. MACKAY and Others, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

MALCOLM F. STRAUSS, Respondent, v. IRVING FRIEDRICKS and Another, Appellants.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

NEW YORK LIFE INSURANCE COMPANY, Respondent, v. SALVATORE FAILLACE, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ. [138 Misc. 182.]